IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON D. CLINE, | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. 3:07-CV-0985 -N (BH) |
| | § | |
| MICHAEL ASTRUE, Commissioner of | § | |
| the Social Security Administration, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, *Plaintiff, Jason Cline's, Revised Motion for Summary Judgment* filed on March 10, 2008, is **GRANTED**; *Plaintiff, Jason Cline's, Cross Motion for Summary Judgment* filed on March 10, 2008**, is DENIED as MOOT**; the *Commissioner's Motion for Summary Judgment* filed June 6, 2008, is **DENIED**; and the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.

    **SIGNED August 29, 2008.**

 

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**